DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JON GILBY,

Appellant,

v.

KIMBERLEI ZANIOL,

Appellee.

No. 2D22-640

_____

September 30, 2022

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for
Hillsborough County; Caroline Tesche Arkin, Judge.

Ezequiel Lugo and Lauren L. Haynes of Banker, Lopez, Gassler,
P.A., Tampa, for Appellant.

E. Aaron Sprague, Bryan S. Gowdy, and Dimitrios A. Peteves of
Creed & Gowdy, P.A., Jacksonville; and Anthony D. Martino
(withdrew after briefing) and J. Daniel Clark of Clark & Martino,
P.A., Tampa, for Appellee.

PER CURIAM.

        Affirmed.

KELLY, KHOUZAM, and SLEET, JJ., Concur.

———————————————————

Opinion subject to revision prior to official publication.